PD-0552-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/7/2015 4:51:53 PM
Accepted 5/8/2015 12:22:52 PM
ABEL ACOSTA
CLERK

NO. 24442-A

APPELLATE CASE NO. 11-13-00066-CR

IN THE COURT OF CRIMINAL APPEALS

FOR THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

DANNY CALAMACO,
Appellant

May 8, 2015

V.

ABEL ACOSTA, CLERK

THE STATE OF TEXAS

FIRST UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, DANNY CALAMACO, and files this his First Motion for Extension of Time to File Petition for Discretionary Review, under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f). In support of this motion, Appellant shows the following:

1.     The Court of Appeals for the 11th District in Eastland rendered its opinion and judgment in Danny Calamaco v. State of

Texas, No. 11-13-00066-CR, on April 09, 2015. The petition for discretionary review is due no later than May 09, 2015.

2.      Appellant requests an extension of time of thirty days (30), to June 08, 2015. No motion for rehearing was filed. This is Appellant's first for an extension of time for petition for review in this case.

3.      Appellant relies on the following facts as a reasonable explanation for the requested extension of time. Appellant's counsel, in addition to preparing the Petition for Discretionary Review and a brief on the merits in this case must also devote time to the following additional matters:

03/05/2015 - #09754-D; The State of Texas vs. Gage Benavides; (Contested MTR) 350th District Court of Taylor County, Texas (Felony)

03/05/2015 - #19066-B; The State of Texas vs. Richard Estrada; (MTR Probation) 104th District Court of Taylor County, Texas (Felony)

03/11/2015 - #1-1134-12 & 2-85-15; The State of Texas vs. Dalley Tharp (Docket) County Court at Law #2 of Taylor County, Texas

03/12/2015 - #11517-D, 11575-D & 11516-D; The State of Texas vs. John Bloodworth (Plea Hearing) 350th District Court of Taylor County, Texas (Felony)

03/12/2015 - #11503-D; The State of Texas vs. Jessica Rodriguez (Plea Hearing) 350th District Court of Taylor County, Texas (Felony)

03/18/2015 - #19066-B; The State of Texas vs. Richard Estrada; (MTR) 104th District Court of Taylor County, Texas (Felony)

03/19/2015 - #25596-A; The State of Texas vs. Buster McCrae (Plea Hearing) 42nd District Court of Taylor County, Texas (Felony)

03/20/2015 - #26076-A; The State of Texas vs. Dustin Roggenbuck (Plea Hearing) 42nd District Court of Taylor County, Texas (Felony)

03/20/2015 - #19066-B; The State of Texas vs. Richard Estrada; (MTR Probation) 104th District Court of Taylor County, Texas (Felony)

03/23/2015 - #11630; The State of Texas vs. Marcos Franklin (Open Plea Hearing) 32nd District Court of Nolan County, Texas (Felony)

03/27/2015 - #19496-B; The State of Texas vs. Brandon Wade Adams (Plea Hearing) 104th District Court of Taylor County, Texas (Felony)

03/31/2015 – #11664; The State of Texas vs. Matthew Clark (Plea Docket Hearing) 32nd District Court of Nolan County, Texas (Felony)

04/01/2015 - #3268; The State of Texas vs. Jimmy Tate Harris (Pre-Trial) 32nd District Court of Fisher County, Texas (Felony)

04/06/2015 -#11630; The State of Texas vs. Marcos Franklin (Pre-Trial Hearing) 32nd District Court of Nolan County, Texas (Felony)

04/10/2015 - #26120-A; The State of Texas vs. Brittany Womack (Plea Hearing) 42nd District Court of Taylor County, Texas (Felony)

04/24/2015 - #26076-A; The State of Texas vs. Dustin Roggenbuck (Plea Hearing) 42nd District Court of Taylor County, Texas (Felony)

04/24/2015 – #25220-A; The State of Texas vs. Heather Surgeon (MTR) 42nd District Court of Taylor County, Texas (Felony)

04/24/2015 - #19296-B; The State of Texas vs. Michael Toon (State's MTR Supervision) 104th District Court of Taylor County, Texas (Felony)

04/24/2015 - #19707-B; The State of Texas vs. Juan Johnson (Plea Hearing) 104th District Court of Taylor County, Texas (Felony)

04/27/2015 - #11630; The State of Texas vs. Marcos Franklin (Appearance Docket) 32nd District Court of Nolan County, Texas (Felony)

Attorney is appointed to several other appeal cases which are; Ronald Edgar Lee 11-14-00198-CR, offense of Continuous Sexual Abuse of a Child, and Steven Alfonzo Deleon 11-14-00350-CR, offense of Aggravated Robbery.

Attorney has only one secretary working in his office, secretary his currently fighting strep throat so she is not able to assist attorney properly in this matter. Attorney has also been prescribed medication for strep throat symptoms.

4. The undersigned has conferred with opposing counsel, who indicated there was no opposition to this request.

## Certificate of Conference

As required by Tex. R. App. P. 10.1(a) (5), I certify that I have conferred with Patricia Dyer Taylor County District Attorney's Office, who indicated that this motion is unopposed.

_____
Paul W. Hanneman
Attorney for Appellant

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Petition for Discretionary Review until June 08, 2015, which is 30 days from May 09, 2015.

Respectfully submitted,

_____
Paul W. Hanneman
Attorney for Appellant
1305 Lamar Street
Sweetwater, Texas 79556
State bar No. 00895500
pwhlawoffice@gmail.com
(325) 235-4777

By affixing my signature above, I, Paul W. Hanneman, hereby certify that a true copy of Motion for Extension of Time to File Petition for Discretionary Review has been mailed to:

Taylor County District Attorney's Office
300 Oak Street
Abilene, Texas 79602
on this day, May 07 , 2015.